UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| KYLE LANNERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00190-RLY-MPB |
| | ) | |
| M&N CABLE, LLC, | ) | |
| MARCIA PLANK, | ) | |
| NICHOLAS GERNER, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**
**HON. MAGISTRATE JUDGE MATTHEW P. BROOKMAN**

On September 10, 2019, Plaintiff Kyle Lannert ("Lannert") filed this Fair Labor Standards Act matter against M&N Cable, LLC (Docket No. 1). On March 11, 2020, Lannert filed an Amended Complaint against M&N Cable, LLC; Marcia Plank; and Nicholas Gerner. (Docket No. 8).

On January 20, 2021, the Court ordered Lannert to show cause on or before February 19, 2021 why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to prosecute his claims.

On February 19, 2021, Plaintiff's Counsel filed a Response to the Show Cause Order (Docket No. 19), wherein counsel stated, "Plaintiff remains unresponsive to Johnson Becker's numerous contact attempts following August 18, 2020." (Docket No. 19 at ECF p. 2). "Without Plaintiff's cooperation or involvement, Johnson Becker is unable to finalize and file a Motion for Default Judgment or otherwise litigate this matter on Plaintiff's behalf." (*Id.*). In the response, counsel acquiesced to dismissal of the matter without prejudice. Accordingly, the Magistrate

Judge recommends Plaintiff's Complaint be **DISMISSED** without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for Plaintiff's failure to prosecute this matter.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

**SO RECOMMENDED.**

Dated:  February 22, 2021

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert Thomas Dassow
HOVDE DASSOW & DEETS LLC
rdassow@hovdelaw.com

Jacob R. Rusch
JOHNSON BECKER, PLLC
jrusch@johnsonbecker.com