UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KYLE LANNERT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M&N CABLE, LLC, ) <br> MARCIA PLANK, and ) <br> NICHOLAS GERNER, ) <br> ) <br> Defendants. ) | No. 3:19-cv-00190-RLY-MPB |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On February 22, 2021, the Magistrate Judge recommended that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.  As no objections were filed, the court **ADOPTS** the Report and Recommendation and **DISMISSES** this case **WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED** this 9th day of April 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1